# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY DEWANE BAILEY,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 71409

**FILED**

DEC 16 2016


ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a petition for a writ of mandamus.[1] Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. To the extent petitioner seeks to challenge the validity of his judgment of conviction or sentence, he must do so in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance.[2] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

---

[1]The motion to proceed in forma pauperis is denied as moot.

[2]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

16-39127

cc: Chief Judge, The Eighth Judicial District Court
Anthony Dewane Bailey
Attorney General/Carson City
Eighth District Court Clerk